THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER WATSON

and WILLIAM WATSON, Amended to WILLOUGHBY WATSON, Appellants.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.